United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-20511
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL MCCANN, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-610-12
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Attorney Daucie Elana Shefman, appointed to represent Paul

McCann, Jr., on appeal, has requested leave to withdraw and has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967). McCann has not filed a response to counsel's motion and

brief. Our independent review of the brief and the record

discloses no nonfrivolous issue for appeal. Counsel's motion for

leave to withdraw is GRANTED, counsel is excused from further

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.